# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD VOTER,** | ) | CASE NO. 4:12CV3002 |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| **C.W BARKER,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on Plaintiff's Motion to Strike Index. (Filing No. 23.) Plaintiff seeks to strike portions of Defendant's Index (Filing No. 18) as "inadmissible." (Filing No. 23.) The court has carefully reviewed the Motion and finds no good cause for striking the Index.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Strike Index (Filing No. 23) is denied.

DATED this 14th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.