# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RONALD VOTER,** | ) | **CASE NO.  4:12CV3002** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **C.W BARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion.  Upon careful consideration,

IT IS ORDERED that:

1.      The final pretrial conference in this matter, currently scheduled for February 21, 2013, is cancelled.  The conference may be rescheduled after the resolution of Defendant's Motion for Summary Judgment; and

2.      The clerk's office is directed to cancel the final pretrial conference in this matter, currently scheduled for February 21, 2013.

DATED this 19th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.